1  THOMAS P. O'BRIEN
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney
4  Chief, Civil Division
   JEAN M. TURK, CSBN 131517
5  Special Assistant United States Attorney
6         333 Market Street, Suite 1500
          San Francisco, CA  94105
7         Telephone:  (415) 977-8976
8         Facsimile:  (415) 744-0134
9         E-Mail:jean.turk@ssa.gov

10 Attorneys for Defendant Commissioner of Social Security
11
12                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
13                           EASTERN DIVISION
14

15 JUANA GUTIEREZ,                    )  No. ED CV 07-1344 MAN
                                      )
16                                    )  JUDGMENT OF REMAND
          Plaintiff,                  )
17                                    )
       v.                             )
18                                    )
   MICHAEL J. ASTRUE, Commissioner    )
19 of Social Security Administration, )
                                      )
20                                    )
          Defendant.                  )
21                                    )
                                      )
22 _____)

23
        The Court having approved the parties' Stipulation to Voluntary Remand
24
   Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
25
   ("Stipulation for Remand") lodged concurrent with the lodging of the within
26
   Judgment of Remand.
27
   ///
28
   ///

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: May 19, 2008

/s/
HON. MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ -Jean M. Turk
JEAN M. TURK
Assistant United States Attorney

Attorneys for Defendant